AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF  Massachusetts _____

ML Strategies, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

The Noisette Company, LLC
d/b/a Noisette Company

**04  10641 RCL**

TO: (Name and address of defendant)

W. Andrew Gowder, Jr.
Pratt-Thomas, Epting & Walker, PA
16 Charlotte Street
Charleston, SC 29403

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David E. Lurie
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

APR 2 2004

DATE

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): W. Andrew Gowder, Jr., Defendant's attorney, accepted service on behalf of Defendant on April 2, 2004. A copy of the Summons and Complaint was sent by overnight delivery and facsimile to Attorney Gowder on April 2, 2004.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   4/5/04
    Date

Signature of Server

David E. Lurie
Address of Server

Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.