UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10641 RCL

| | |
|---|---|
| ML Strategies, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>The Noisette Company, LLC<br>d/b/a Noisette Company,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT, THE NOISETTE COMPANY, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 7.3, the defendant, The Noisette Company, LLC, hereby states that it has no parent corporations and there is no publicly held corporation that owns ten percent or more of its stock.

Respectfully submitted,

The Noisette Company, LLC
By its attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Sean F. McDonough~BBO No. 564723
Daniel A. Leonardo~BBO No. 659085
250 Summer Street
Boston, MA 02210
(617) 737-8835

Dated: April 22, 2004

931281v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10641 RCL

| | |
|---|---|
| ML Strategies, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| The Noisette Company, LLC<br>d/b/a Noisette Company, | )<br>)<br>)<br>) |
| Defendant. | )<br>) |

## CERTIFICATE OF SERVICE

I, Sean F. McDonough, hereby certify that a true and accurate copy of the following documents:

1. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) or in the Alternative for *Forum Non Conveniens*;

2. Defendant's Memorandum of Law in Support of Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to Rule 12(b)(2) or in the Alternative for *Forum Non Conveniens*; and

3. Defendant, The Noisette Company, LLC's Corporate Disclosure Statement

were served via hand to the plaintiff's counsel of record:

> David E. Lurie, Esquire
> Lurie & Krupp, LLP
> One McKinley Square
> Boston, MA 02109

_____
Sean F. McDonough

931297v1