## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-10641-RCL</u>

ML STRATEGIES
Plaintiff

v.

THE NOISETTE CO.
Defendant

## NOTICE OF HEARING

LINDSAY, D.J.

    TAKE NOTICE that the above-entitled case has been set for argument on defendant's motion to dismiss at **3:00PM**, on **October 25, 2004,** in Courtroom No. 11, 5th floor, United States Courthouse.  Be advised, however, that this hearing date is subject to cancellation on forty-eight hours' notice if the court determines for any reason that the hearing will be unnecessary.

By the Court,

/s/ Lisa M. Hourihan
_____
Deputy Clerk

September 8, 2004

To: All Counsel