# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

250 SUMMER STREET
BOSTON, MASSACHUSETTS 02210-1181
617-439-7500

| | |
|---|---|
| MASSACHUSETTS | CONNECTICUT |
| BOSTON | HARTFORD |
| FALL RIVER | |
| SPRINGFIELD | NEW YORK |
| WORCESTER | NEW YORK |
| RHODE ISLAND | ENGLAND |
| PROVIDENCE | LONDON |

Sean F. McDonough
Phone: 617-737-8835
Fax: 617-342-4950
smcdonou@morrisonmahoney.com

September 27, 2004

David E. Lurie, Esquire
Lurie & Krupp, LLP
One McKinley Square
Boston, MA 02109

RE:  M.L. Strategies v. The Noisette Company
     **U.S. District Court /Massachusetts C.A. No: 04-10641 RCL**
     Our File No: 10014225

Dear Mr. Lurie:

I received a call from Lisa Hourihan, Courtroom Clerk for Judge Lindsay, in response to my correspondence to you and the court regarding a possible scheduling conflict with my jury duty obligations and the hearings scheduled in the above referenced matter for October 25, 2004, at 3:00 p.m.

Lisa informed me that, if I am detained by my jury duty obligations and unable to attend the October 25, 2004, 3:00 p.m. hearing, I am to call you and the Court, Lisa specifically, immediately. Absent a call by me to you and the court, the hearings in this matter will commence as scheduled.

If you have any questions feel free to contact me, and thank you for your attention to this matter.

Very truly yours,

Sean F. McDonough

S/km
cc:  Lisa Hourihan, Clerk to Judge Lindsay
     Andrew Gowder, Esq.

945284v1