UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10641 RCL

ML Strategies, LLC,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
The Noisette Company, LLC　　　　　　　)
d/b/a Noisette Company,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

### CERTIFICATION OF AUTHORIZED COUNSEL
### IN ACCORDANCE WITH LOCAL RULE 16.1 (D)(4)

The undersigned hereby certifies, pursuant to Rule 16.1(D)(4) of the Local Rules of the United States District Court for the District of Massachusetts, that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

THE NOISETTE COMPANY, LLC

_____
W. Andrew Gowder, Jr., Authorized Representative and
General Counsel for The Noisette Company, LLC

Its attorneys,

MORRISON MAHONEY LLP

_____
Sean F. McDonough-BBO No. 564723
Daniel A. Leonardo-BBO No. 659085
250 Summer Street
Boston, MA 02210
(617) 737-8835

947907v1