UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ML Strategies, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>The Noisette Company, LLC<br>d/b/a Noisette Company,<br><br>   Defendant. | Civil Action No. 04-10641-RCL |

## ML STRATEGIES' CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff ML Strategies, LLC, and its counsel, certify that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

ML Strategies, LLC,

By: *Stephen P. Tocco (SPL)*

*Stephen P. Tocco*
President & CEO, ML Strategies, LLC

Dated: October 25, 2004