UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10641 RCL

ML Strategies, LLC,

    Plaintiff,

v.

The Noisette Company, LLC
d/b/a Noisette Company,

    Defendant.

## NOTICE OF AMENDED ANSWER OF THE DEFENDANT, THE NOISETTE COMPANY, LLC d/b/a NOISETTE COMPANY, TO THE PLAINTIFF'S COMPLAINT

Now comes the defendant, The Noisette Company, LLC, d/b/a Noisette Company (hereinafter "Noisette"), pursuant to Federal Rule of Civil Procedure 15(a), and hereby amends its answer to the plaintiff's complaint. In support hereof, Noisette states as follows:

1. The plaintiff, ML Strategies, LLC, has provided its written consent to Noisette's amended answer. (Exhibit A).

        Respectfully submitted,
        The Noisette Company, LLC
        d/b/a Noisette Company,
        By its attorneys,

        **MORRISON MAHONEY LLP**

        _____
        Sean F. McDonough, BBO # 564723
        250 Summer Street
        Boston, MA 02210
        (617) 439-7500

Dated: November 29, 2004

951138v1

A

# LURIE & KRUPP, LLP

ONE MCKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

TEL: (617) 367-1970
FAX: (617) 367-1971

SARA A. LAROCHE
THOMAS E. LENT

E-MAIL: slaroche@luriekrupp.com

## FAX COVER SHEET

**DATE:** November 23, 2004

**TO:** Sean F. McDonough, Esq.

**FAX NUMBER:** (617) 342-4950

**PHONE NUMBER:** (617) 737-8835

**FROM:** Sara A. Laroche, Esq.

**NUMBER OF PAGES, INCLUDING COVER:** 2

## CONFIDENTIALITY NOTE

THE INFORMATION CONTAINED IN THIS FAX IS INTENDED FOR THE EXCLUSIVE USE OF THE ADDRESSEE AND MAY CONTAIN CONFIDENTIAL OR PRIVILEGED INFORMATION. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY FORM OF DISSEMINATION OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF THIS FAX WAS SENT TO YOU IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE.

# LURIE & KRUPP, LLP

ONE McKINLEY SQUARE
BOSTON, MA 02109

PETER B. KRUPP
DAVID E. LURIE

SARA A. LAROCHE
THOMAS E. LENT

TEL: (617) 367-1970
FAX: (617) 367-1971

E-MAIL: slaroche@luriekrupp.com

November 23, 2004

**BY FAX AND MAIL**

Sean F. McDonough, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210-1181

Re:   ML Strategies, LLC v. The Noisette Company, LLC
      Civil Action No. 04-10641-RCL

Dear Sean:

I am writing in response to your letter dated November 19, 2004 and pursuant to Local Rules 7.1(A)(2) regarding certain affirmative defenses raised in Noisette's Answer and Demand for Jury Trial in the above-captioned case. Please prepare and file an Amended Answer that excludes the eleven affirmative defenses that Noisette has agreed to strike, as set out in your November 19, 2004 letter.

Thank you.

Very truly yours,

Sara A. Laroche

cc:   Donna M. Evans, Esq.
      Anthony G. Marken
      David E. Lurie, Esq.