UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 10641 RCL

|  |  |
|---|---|
| ML Strategies, LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| The Noisette Company, LLC d/b/a Noisette Company, | ) |
| Defendant. | ) |

## DEFENDANT, THE NOISETTE COMPANY, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, the defendant, The Noisette Company, LLC, hereby states that it has no parent corporations and there is no publicly held corporation that owns ten percent or more of its stock.

Respectfully submitted,

The Noisette Company, LLC
By its attorneys,

MORRISON, MAHONEY & MILLER, LLP

_____
Sean F. McDonough BBO No. 564723
250 Summer Street
Boston, MA 02210
(617) 737-8835

Dated: December 17, 2004

931281v1