UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ML Strategies, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>The Noisette Company, LLC<br>d/b/a Noisette Company,<br><br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-10641-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), all parties stipulate and agree that this action, including all claims and counterclaims, shall be dismissed with prejudice. Each party shall bear its own costs, and all rights of appeal are waived.

Respectfully submitted,

ML STRATEGIES, LLC
By its attorneys,

_/s/ Sara A. Laroche_
David E. Lurie, BBO# 542030
Sara A. Laroche, BBO# 652479
LURIE & KRUPP, LLP
One McKinley Square
Boston, MA 02109
(617) 367-1970

THE NOISETTE COMPANY, LLC,
d/b/a NOISETTE COMPANY,
By its attorneys,

_/s/ Sean McDonough (SAL)_
Sean F. McDonough, BBO# 564723
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

Dated: July 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by hand on defendant's counsel Sean F. McDonough, Esq., Morrison, Mahoney & Miller, LLP, 250 Summer Street, Boston, MA 02210-1181 on July 15, 2005.

*Sara A. Laroche*
Sara A. Laroche